UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:09-CR-27 |
| ) | (Phillips) |
| **ERRICK E. GILMORE,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

On November 25, 2009, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation ("R&R") [Doc. 25] in which he recommended to deny Defendant's Motion to Suppress [Doc. 18]. The parties appeared before Judge Guyton for an evidentiary hearing on October 23, 2009. On November 25, 2009, Judge Guyton filed the R&R [Doc. 25]. Neither party has filed objections.

There being no timely objections, *see* 28 U.S.C. § 636(b)(1), and the Court being in complete agreement with the magistrate judge, the R&R [Doc. 25] is hereby **ACCEPTED IN WHOLE**. Accordingly, for the reasons articulated by Judge Guyton in the R&R [Doc. 25], Defendant's Motion to Suppress [Doc. 18] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge